IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:08cv554

| | |
|---|---|
| DANNY MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| vs. ) | **AMENDED JUDGMENT** |
| ) | |
| ) | |
| BIG LOTS STORES, INC. and ) | |
| CHIC HOME TRENDS, INC., f/k/a ) | |
| TREND SETTING DESIGNS, INC., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** came on for trial in the March 8 Mixed Jury Term of this Court, and a Judgment was entered in this matter on May 3, 2010. [Doc. 70]. Whereas the parties have stipulated that the Defendant Trend Setting Designs, Inc. has changed its corporate name and is now known as Chic Home Trends, Inc. [see Doc. 71, as amended by Doc. 72], the Court hereby enters the following Amended Judgment to reflect the correct corporate name of the Defendant.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Plaintiff shall have and recover of the Defendant Chic

Home Trends, Inc., formerly known as Trend Setting Designs, Inc., the sum of $29,056.17 with interest from the date of the filing of the Complaint herein, and the Plaintiff shall recover his costs of the action from the Defendant Chic Home Trends, Inc.

**IT IS SO ORDERED.**

Signed: May 31, 2010

Martin Reidinger
United States District Judge